IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02278-BNB

DERRICK JOHN ARAGON,

Applicant,

v.

PEOPLE OF THE STATE OF COLORADO,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 28 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff, Derrick John Aragon, is a prisoner in the custody of the Colorado Department of Corrections (DOC) who currently is incarcerated at the Fremont Correctional Facility in Canon City, Colorado. He initiated this action by filing a "Petition for Violation of Constitutional Rights Under the 14th, 6th, and 5th Amendments" with the Court on September 8, 2010.

In an order filed on September 17, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Aragon to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Aragon was directed to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on the Court-approved form. Mr. Aragon was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form and a current certified copy of his prisoner's trust fund statement. He was informed that the § 1915 motion and affidavit was only necessary if the $5.00 filing fee was not paid in advance. The September 17 order

warned Mr. Aragon that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Aragon has not communicated with the Court since September 8, 2010. Therefore, Mr. Aragon has failed within the time allowed to cure the designated deficiencies. Accordingly, it is

ORDERED that the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Derrick John Aragon, to comply with the order to cure dated September 17, 2010.

DATED at Denver, Colorado, this 27th day of October, 2010.

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02278-BNB

Derrick John Aragon
Prisoner No. 137352
Fremont Corr. Facility
P.O. Box 999
Cañon City, CO 81215-0999

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/28/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk